170 A.3d 345

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT,
v. KHALIL PATRICK, DEFENDANT–PETITIONER.

September 11, 2017

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–4864/4916–13 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.

170 A.3d 345

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT,
v. OMAR TINDELL, DEFENDANT–PETITIONER.

September 11, 2017

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–003349–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.